UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MAXWELL WORTHIN BERESTOFF,

    Plaintiff,

v.

KING COUNTY DEPARTMENT OF PUBLIC HEALTH, et al.,

    Defendants.

Case No. 2:16-CV-01159-RAJ-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Motion for Order of Immediate Medical Care, Dkt. 18, is **DENIED.**

(3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 21st day of September, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1